IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MAX GERBOC, | CASE NO. 16-CV-00971 |
| Plaintiff, | JUDGE CHRISTOPHER BOYKO |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. CIV. R. 41(a)(1)(A)** |
| W3, ltd. | |
| Defendant. | |

Pursuant to Federal Civil Rule 41(a)(1)(A), Plaintiff, Max Gerboc, by and through Counsel,

hereby gives notice that the above-captioned action, is voluntarily dismissed, without prejudice.


Respectfully submitted,

*/s/ Frank A. Bartela*

Patrick J. Perotti, Esq (0005481).
Nicole T. Fiorelli, Esq. (0079204)
Frank A. Bartela, Esq. (0088128)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, Ohio 44077
Tel.: (440) 352-3391
Email:  pperotti@dworkenlaw.com
          nfiorelli@dworkenlaw.com
          fbartela@dworkenlaw.com

*Attorneys for Plaintiff Maximillian Gerboc*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2017, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Frank A. Bartela
Frank A. Bartela, Esq. (#0088128)
DWORKEN & BERNSTEIN CO., L.P.A.

*Attorney for Plaintiff Maximillian Gerboc*